Order Filed on January 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Hak Jae Lim
Ki Hea Kim

Case No.:    18-32565-MBK

Chapter:    7

Hearing Date:

Judge:    MBK

# ORDER CONCERNING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the reaffirmation agreement between the debtor and _____TD Auto Finance LLC_____ filed in this case on _____01/08/2019_____, it is hereby ORDERED that:

■ The reaffirmation agreement is APPROVED.

❑ The reaffirmation agreement is NOT APPROVED. However, the Court finds and concludes that the debtor(s) has fully complied with the deadlines of 11 U.S.C. § 521(a)(2), 521(a)(6) and 362(h). Accordingly, the creditor must seek further order of this Court to exercise any remedies under the subject installment loan agreement with respect to any pre-petition non-monetary defaults thereunder.

IT IS FURTHER ORDERED that pursuant to D.N.J. LBR 4001-2:

(a) It shall not be a violation of the automatic stay or the discharge injunction for secured creditors to send regular monthly statements and payment coupons to individual debtors in cases under Chapter 7, Chapter 13, and Chapter 11 of the Bankruptcy Code.

(b) In the event that debtors fail to make timely payments, it shall not be a violation of the automatic stay or the discharge injunction for secured creditors to send reminder statements, provided that the statements are informational only, and do not demand payment.

*revised 12/16/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32565-MBK
Hak Jae Lim                                                           Chapter 7
Ki Hea Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: Jan 15, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db/jdb         +Hak Jae Lim,   Ki Hea Kim,   15 Appleby Lane,   East Brunswick, NJ 08816-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Jae Y. Kim    on behalf of Debtor Hak Jae Lim jkim@jyklaw.com,
               jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
              Jae Y. Kim    on behalf of Joint Debtor Ki Hea  Kim jkim@jyklaw.com,
               jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
              Jill  Manzo    on behalf of Creditor    PHH MORTGAGE CORPORATION, as servicer for HSBC BANK USA,
               N.A. bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    HSBC BANK USA, N.A. bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Thomas  Orr    tom@torrlaw.com,  Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8