UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                  Case No.:     18-32565
LIM, HAK JAE                            Chapter:      7
KIM, KI HEA                             Judge:        MBK

### NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on March 4, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at: 15 APPLEBY LANE, EAST BRUNSWICK, NJ
> The debtor(s) purchased the property in 2006 for $545,000. The property is valued at $500,000 based upon a Comparative Market Analysts.

> Liens on property:
>
> DITECH FIN. - $359,883.61
> HSBC BANK - $52,786.30

> Amount of equity claimed as exempt:
>
> None

Objections must be served on, and requests for additional information directed to:

Name:       /s/Thomas J. Orr, Trustee
Address:    321 High Street, Burlington, NJ 08016
Phone number: (609)386-8700

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-32565-MBK
Hak Jae Lim                                                            Chapter 7
Ki Hea Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Jan 30, 2019
                               Form ID: pdf905          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
```
db/jdb         +Hak Jae Lim,    Ki Hea Kim,    15 Appleby Lane,    East Brunswick, NJ 08816-3616
517869619     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO BOX 15019,    Wilmington, DE 19886-5019)
517869620      Bank of America Business Advantage,    P.O. Box 982238,    El Paso, TX 79998-2238
517869621      Barclays Bank Delaware,    P.O. Box 13337,    Philadelphia, PA 19101-3337
517869622     +Barclays Bank Delaware,    2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
517869624     +Chang Zhi Jin (JCJ Sushi Inc.),    219-11 46th Avenue,    2nd Floor,    Bayside, NY 11361-3524
517869625     +Chase Bank,    340 S. Cleveland Avenue,    Bldg. 370,    Westerville, OH 43081-8917
517869626      Chase Bank USA, N.A.,    PO BOX 15153,    Wilmington, DE 19886-5153
517869627      Chase Card Member Service,    PO BOX 15153,    Wilmington, DE 19886-5153
517869628      Chase Card Services,    PO Box 15548,    Wilmington, DE 19886-5548
517869629     +Dae Sub Choi,    c/o Michael S. Kimm, Esq.,    333 Sylvan Ave.,    Suite 106,
                Englewood Cliffs, NJ 07632-2705
517869631     +Dragon Cui Inc. (Longbin Cui),    31-22 Union Street,    6A,    Flushing, NY 11354-2367
517869632     +Edward S. Zizmor, Esq.,    60 Court Street,    Hackensack, NJ 07601-7050
517869633     +Fein Such,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517869635     +HSBC Bank USA, N.A.,    1 Mortgage Way,    Mount Laurel, NJ 08054-4637
517869634     +Home Depot,    P.O. Box 9001010,    Louisville, KY 40290-1010
517869636     +Hyun Seok Choi,    36-35 167th Street,    Apt 2F,    Flushing, NY 11358-2116
517869637      Lexus Financial Services,    P.O. Box 5236,    Carol Stream, IL 60197-5236
517869638     +Lie Ren Inc. (Zianhu Lin),    147-30 38th Avenue,    Apt 1K,    Flushing, NY 11354-4863
517869639      Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
517869640      Macy's Star Rewards,    PO Box 9001094,    Louisville, KY 40290-1094
517869641     +Morton Sushi Inc. (Ling Gao Wu),    147-25 Sanford Avenue,    Apt 2K,    Flushing, NY 11355-1213
517869643     +PayPal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
517869644     +Seung Youn Kang,    2165a N. Central Road,    Fort Lee, NJ 07024-7601
517869645     +Sushi Maru Ko Inc. (Mind Hao Cai),    3312 Murray Lane,    Flushing, NY 11354-3211
517869646     +Sushi Master Choi Corp (Piao Xianghua),    144-35 Roosevelt,    2B,    Flushing, NY 11354-6217
517869648      TD Auto Finance,    PO Box 16035,    Lewiston, ME 04243-9517
517869649     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO BOX 5855,
                Carol Stream, IL 60197-5855)
517869647     +Tasty Sushi Inc.,    136-43 35th Avenue,    Flushing, NY 11354-2961
517869650     +U.S. Dept of Education,    PO BOX 9003,    Niagara Falls, NY 14302-9003
517887043     +Wismettac Asian Foods,    c/o Wolkin Law Group,    235 W. Giaconda Way, Suite 217,
                Tucson, AZ 85704-4343
517869652     +Won Whi Choi,    800 Park Ave.,    Fort Lee, NJ 07024-3768
517869654     +Woo Sik Kim,    3410 Orange Ave,    Roanoke, VA 24012-6451
517869655     +YL Myoung Hyon,    144-34 38th Avenue,    3F,    Flushing, NY 11354-5936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2019 23:33:29     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2019 23:33:26     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
517869623     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2019 23:41:59      Capital One Bank,
                P.O. Box 6492,    Carol Stream, IL 60197-6492
517869630      E-mail/Text: bankruptcy.bnc@ditech.com Jan 30 2019 23:33:01     Ditech Financial LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
517869642      E-mail/PDF: pa_dc_ed@navient.com Jan 30 2019 23:43:06     Navient - Dept. Of Ed Loan Servicing,
                PO BOX 9635,    Wilkes Barre, PA 18773-9635
517869651      E-mail/Text: john.flagg@wismettacusa.com Jan 30 2019 23:32:35     Wismettac Asian Foods, Inc.,
                602 Washington Avenue,    Carlstadt, NJ 07072-2902
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517869653      Woo Sik Kim
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jan 30, 2019
                              Form ID: pdf905          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
          Jae Y. Kim    on behalf of Debtor Hak Jae Lim jkim@jyklaw.com,
           jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
          Jae Y. Kim    on behalf of Joint Debtor Ki Hea  Kim jkim@jyklaw.com,
           jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
          Jill   Manzo    on behalf of Creditor   HSBC BANK USA, N.A. bankruptcy@feinsuch.com
          Jill   Manzo    on behalf of Creditor   PHH MORTGAGE CORPORATION, as servicer for HSBC BANK USA,
           N.A. bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor   TD Auto Finance LLC rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```